# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Nancy Worley, et al.**
        **Plaintiffs**

      **v.**                       **CA No.1:12 CV 2069**
                                         **Judge Royce C. Lamberth**

**The Islamic Republic of Iran, et al.**
        **Defendants**

## PLANTIFF'S MOTION FOR SUBSTITUTION OF A PROPER PARTY

    Plaintiffs, Nancy Worley, et al., by counsel, pursuant to the provisions of Federal Civil Rule 25 (a)(1), herewith submit this Motion for Substitution of a Proper Party and pursuant to this Court's Order of December 8, 2014.

    Wherefore, Plaintiffs pray that the Motion be granted and that the attached Order be entered.

**March 23, 2015**                                        **Respectfully submitted,**

                                                               **FAY KAPLAN LAW, PA**

                                                               *Thomas Fortune Fay*
                                                                **THOMAS FORTUNE FAY**
                                                                **Unified Bar No. 23929**

                                                                *Caragh Glenn Fay*
                                                                **CARAGH GLENN FAY**
                                                                **U.S.D.D.C. Bar No. 16955**

                                                                *William C. Dowden, III*
                                                                **WILLIAM C. DOWDEN, III**
                                                                **U.S.D.D.C. Bar No. MD18451**
                                                                **777 Sixth Street NW, Ste. 410**
                                                                **Washington, D.C.  20001**
                                                                **(202) 589-1300**
                                                                **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

  I hereby certify that on this 23rd day of March, 2015, copies of the Motion to Appoint a Special Master were electronically sent to counsel of record via the Court's ECF notification system.

            */s/ William C. Dowden, III*
            **William C. Dowden, III, Esq.**