# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Nancy Worley, et al.**
         **Plaintiffs**

      v.                CA No.1:12 CV 2069
                                       Judge Royce C. Lamberth

**The Islamic Republic of Iran, et al.**
         **Defendants**

## MEMORANDUM IN SUPPORT OF PLANTIFF'S MOTION FOR SUBSTITUTION OF A PROPER PARTY

Plaintiffs, Nancy Worley, et al., by counsel, pursuant to the provisions of Federal Civil Rule 25 (a)(1), herewith submit this memorandum in support of the Plaintiffs Motion for Substitution of a Proper Party and pursuant to this Court's Order of December 8, 2014.

Plaintiff Arley Buckmaster passed away on December 13, 2004 from hypertensive and atherosclerotic cardiovascular disease. Arley Buckmaster was the father of John B. Buckmaster, a Marine killed in the October 23, 1983 Marine Barracks Bombing. Mr. Buckmaster's connection to the bombing is articulated in the affidavit submitted on his estates behalf and signed by Gregg Buckmaster, his living son. See Exhibit A. Plaintiffs pray the Court will grant this motion for substitution of a proper party in favor of Gregg Buckmaster, so that the estate's claims may be heard by this Court.

It has come to the attention of Plaintiffs' counsel that Roscoe Hamilton passed away in 2013 during the pendency of this action. Plaintiffs attach the affidavit signed by decedent's representative, the death certificate and last will and testament of Roscoe Hamilton as Exhibit B. The Decedant's Representative and widow, Dorothea Hamilton, is in the process of applying for the proper probate court declarations that will grant her powers of administration over this estate for the purposes of this litigation. Plaintiffs pray the Court will grant this

motion for substitution of a proper party in favor of Dorothea Hamilton, so that the estate's claims may be heard by this Court.

Wherefore, Plaintiffs pray that the Motion be granted and that the attached Order be entered.

**March 23, 2015**                                **Respectfully submitted,**

                                                  **FAY KAPLAN LAW, PA**

                                                  *Thomas Fortune Fay*
                                                  **THOMAS FORTUNE FAY**
                                                  **Unified Bar No. 23929**

                                                  *Caragh Glenn Fay*
                                                  **CARAGH GLENN FAY**
                                                  **U.S.D.D.C. Bar No. 16955**


                                                  *William C. Dowden, III*
                                                  **WILLIAM C. DOWDEN, III**
                                                  **U.S.D.D.C. Bar No. MD18451**
                                                  **777 Sixth Street NW, Ste. 410**
                                                  **Washington, D.C.  20001**
                                                  **(202) 589-1300**
                                                  **Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 23nd day of March, 2015, copies of the Motion to Appoint a Special Master were electronically sent to counsel of record via the Court's ECF notification system.

                                              */s/ William C. Dowden, III*
                                              **William C. Dowden, III, Esq.**