# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Nancy Worley, et al.**
    **Plaintiffs**

  **v.**          **CA No.1:12 CV 2069**
               **Judge Royce C. Lamberth**

**The Islamic Republic of Iran, et al.**
    **Defendants**

## ORDER

Upon consideration of the motion for Substitution of Proper Party as filed by Plaintiff's counsel, it is this _____day of ___, 2015, by the Court

**ORDERED,** that the substitutions motion for are hereby **GRANTED** in favor of Plaintiffs and the Estates therein.

              _____
              **Royce C. Lamberth**
              **United States District Judge**

Copy to:

Thomas Fortune Fay
Caragh Glenn Fay
William C. Dowden, III
777 Sixth Street NW, Ste. 410, NW
Washington, D.C.  20001
(202) 589-1300
Attorneys for Plaintiffs