# OFFICE of VITAL STATISTICS

## CERTIFIED COPY

### CERTIFICATE OF DEATH
### FLORIDA

LOCAL FILE NO.

**DECEDENT**

| 1 DECEDENT'S NAME FIRST | MIDDLE | LAST | 2 SEX |
|---|---|---|---|
| Arley | E. | Buckmaster | Male |

| 3 DATE OF DEATH (Month, Day, Year) | 4 SOCIAL SECURITY NUMBER | 5a AGE (Last Birthday (years) | 5b UNDER 1 YEAR Months / Days | 5c UNDER 1 DAY Hours / Minutes |
|---|---|---|---|---|
| December 13, 2004 | | 69 | | |

| 6 DATE OF BIRTH (Month, Day, Year) | 7 BIRTHPLACE (City, and State or Foreign Country) | 8 WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes or No) |
|---|---|---|
| April 10, 1935 | Willshire, Ohio | Yes |

| 9a PLACE OF DEATH (Check only one - see instructions on other side) | | 9b INSIDE CITY LIMITS? |
|---|---|---|
| HOSPITAL: Inpatient  ER/Outpatient X  DOA   OTHER: Nursing Home  Residence  Other (Specify) | | Yes |

| 9c FACILITY NAME (If not institution, give street and number) | 9d CITY, TOWN OR LOCATION OF DEATH | 9e COUNTY OF DEATH |
|---|---|---|
| Manatee Memorial Hospital | Bradenton | Manatee |

| 10a DECEDENT'S USUAL OCCUPATION | 10b KIND OF BUSINESS/INDUSTRY | 11 MARITAL STATUS - Married; Never Married; Widowed; Divorced (Specify) | 12 SURVIVING SPOUSE (If wife, give maiden name) |
|---|---|---|---|
| Police Officer | Sheriff Office | Married | Esther Kiehn |

| 13a RESIDENCE - STATE | 13b COUNTY | 13c CITY, TOWN OR LOCATION | 13d STREET AND NUMBER |
|---|---|---|---|
| Ohio | Montgomery | Vandalia | 1129 East National Road |

| 13e INSIDE CITY LIMITS? (Yes or No) | 13f ZIP CODE | 14 WAS DECEDENT OF HISPANIC OR HAITIAN ORIGIN? (Specify No or Yes - If yes, specify Haitian, Cuban, Mexican, Puerto Rican, etc) | 15 RACE - American Indian, Black, White, etc. Specify | 16 DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary - Secondary (0-12) / College (1-4 or 5+) |
|---|---|---|---|---|
| Yes | 45377 | X No | White | 12 |

**PARENTS**

| 17 FATHER'S NAME (First, Middle, Last) | 18 MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|
| Walter Buckmaster | Devonna Painter |

| 19a INFORMANT'S NAME (Type/Print) | 19b MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) |
|---|---|
| Esther Buckmaster | 1129 East National Road, Vandalia, Ohio 45377 |

**DISPOSITION**

| 20a METHOD OF DISPOSITION | 20b PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) | 20c LOCATION - City or Town, State |
|---|---|---|
| Burial  Cremation  Removal from State X  Donation  Other (Specify) | Memorial Park Cemetery | Dayton, Ohio |

**CERTIFIER**

| 21a SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH | 21b LICENSE NUMBER (of Licensee) | 21c NAME AND ADDRESS OF FACILITY |
|---|---|---|
| James D. Wiegand | FE 2639 | Wiegand Brothers Funeral Home 7454 S. Tamiami Trail, Sarasota, FL 34231 |

| 22a To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated. (Signature and Title) | 23a On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. (Signature and Title) William A. Broussard |
|---|---|

| 22b DATE SIGNED (Mo., Day, Yr.) | 22c HOUR OF DEATH | 23b DATE SIGNED (Mo., Day, Yr.) | 23c HOUR OF DEATH |
|---|---|---|---|
| | M | December 15, 2004 | 8:05 PM |

| 23d NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print) | 23e MEDICAL EXAMINER'S CASE # |
|---|---|
| | 04-12-00843 |

| 24 NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, MEDICAL EXAMINER) (Type or Print) |
|---|
| Wilson A. Broussard, Jr., M.D., A.M.E. 1762 Hawthorne St. #5, Sarasota, FL 34239 |

| 25a SUBREGISTRAR - SIGNATURE AND DATE | 25b LOCAL REGISTRAR - SIGNATURE | 25c DATE REGISTERED |
|---|---|---|
| | Diana Bostania Dept | December 20, 2004 |

**CAUSE OF DEATH BY CERTIFIER**

26. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. List only one cause on each line.

Approximate Interval Between Onset and Death

IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. HYPERTENSIVE AND ATHEROSCLEROTIC CARDIOVASCULAR DISEASE
DUE TO (OR AS A CONSEQUENCE OF):

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST
b.
DUE TO (OR AS A CONSEQUENCE OF):

c.
DUE TO (OR AS A CONSEQUENCE OF):

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

| 27a WAS AN AUTOPSY PERFORMED? (Yes or No) | 27b WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? (Yes or No) | 28 CASE REPORTED TO MEDICAL EXAMINER? (Yes or No) |
|---|---|---|
| No | | Yes |

| 29 If female, was there a pregnancy in the past 3 months? Yes / No | 30a IF SURGERY IS MENTIONED IN PART I OR II ENTER CONDITION FOR WHICH IT WAS PERFORMED | 30b DATE OF SURGERY (Mo., Day, Year) |
|---|---|---|

| 31 PROBABLE MANNER OF DEATH (Specify) Natural, accident, suicide, homicide or undetermined | 32a DATE OF INJURY (Month, Day, Year) | 32b TIME OF INJURY | 32c INJURY AT WORK? (Yes or No) | 32d DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|---|
| Natural | | M | | |

| 32e PLACE OF INJURY - At home, farm, street, factory, etc. (Specify) | 32f LOCATION (Street and Number or Rural Route Number, City or Town, State) |
|---|---|

---

THIS IS A CERTIFIED TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE
December 20, 2004

BY  Faith M. McElroy, COR

State Registrar

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH A WATERMARK OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.
THE DOCUMENT FACE CONTAINS A MULTI-COLORED BACKGROUND AND GOLD EMBOSSED SEAL. THE BACK CONTAINS SPECIAL LINES WITH TEXT AND SEALS IN THERMOCHROMIC INK.

D1098953

FLORIDA DEPARTMENT OF HEALTH

DOH FORM 1947 (10/03)

CERTIFICATION OF VITAL RECORD