# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Nancy Worley, et al.**
       **Plaintiffs**

      **v.**                            **CA No.1:12 CV 2069**
                                                  **Judge Royce C. Lamberth**

**The Islamic Republic of Iran, et al.**
       **Defendants**

## AFFIDAVIT OF DOROTHEA R. HAMILTON for
## THE ESTATE OF ROSCOE HAMILTON

Pursuant to the Federal Rules of Civil Procedure, Dorothea R. Hamilton states the following:

1. I am over the age of eighteen and am competent to testify to the facts and matters set forth herein. I am in the process of establishing an estate for Plaintiff Virgil D. Hamilton.

2. I was born on February 4, 1947, in the United States of America and have been at all times throughout my life a citizen of the United States of America.

3. Virgil Dean Hamilton enlisted with the United States Marine Corps in May 1981.

4. On October 23, 1983, Virgil Hamilton, was a member of the United States Marine Corps and was stationed in Beirut, Lebanon at the time of the bombing.

5. On October 23, 1983, when the Marine Barracks building housing the Marine Battalion in Beirut was attacked by a suicide bomber, Virgil Hamilton was asleep inside the building and was subsequently killed.

6. At the time he was deployed Virgil Hamilton's father, Roscoe Hamilton, was alive, having been born on January 2, 1941 in the United States of America. He was, and remained until his death on June 17, 2013, a citizen of the United States of America.

7. He suffered serious injuries as a result of that terrorist bombing which plagued him throughout his life. These injuries include grief, mental anguish and intentional infliction of emotional distress.

8. Additionally, Defendants, the Islamic Republic of Iran and the Iranian Ministry of Intelligence and Security inflicted severe emotional stress on him from October 23, 1983 until the time of his death.

**I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THIS AFFADAVIT IS TRUE AND CORRECT.**

12/16/2014

Date

*Dorothea R. Hamilton*

Dorothea R. Hamilton, Personal Representative for the Estate of Roscoe Hamilton

## Signature Certificate



 **Document Reference:** 5VMZHEI3JJRGH9KJEU7VZK



**Dorothea Hamilton**
Party ID: 9LGBVZIVR5TILSIPYYJYDG
IP Address: 184.53.1.199

| VERIFIED EMAIL: | dottiehamilton66@gmail.com |



Electronic Signature:

Multi-Factor
**Digital Fingerprint Checksum**    755d5303c1ed8287fdff93423ad42456b4c9e920

| Timestamp | Audit |
|---|---|
| 2014-12-16 12:49:09 -0800 | All parties have signed document. Signed copies sent to: Murphrey Knox, Dorothea Hamilton, and Caragh Fay. |
| 2014-12-16 12:49:09 -0800 | Document signed by Dorothea Hamilton (dottiehamilton66@gmail.com) with drawn signature. - 184.53.1.199 |
| 2014-12-16 12:45:29 -0800 | Document viewed by Dorothea Hamilton (dottiehamilton66@gmail.com). - 184.53.1.199 |
| 2014-12-16 11:34:23 -0800 | Document created by Caragh Fay (caraghfay@gmail.com). - 70.88.117.153 |



This signature page provides a record of the online activity executing this contract.

Page 1 of 1