# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Nancy Worley, et al.
    Plaintiffs

Civil No. 1:12-cv-02069-RCL

The Islamic Republic of Iran, et al.
    Defendants

## AFFIDAVIT OF CARAGH FAY, ESQ.

I, Caragh Fay, of Fay Kaplan Law, P.A. in Washington, DC, am counsel of record for the plaintiffs in the above-captioned action and, having been duly placed under oath, hereby affirm that the following estates are governed by their respective states' laws:

1. That the creation and operation of the Estate of John B. Buckmaster is governed by the laws of the State of North Carolina, where John Buckmaster legally resided at the time of his death. Mr. Buckmaster died as a result of injuries incurred while stationed in Beirut, Lebanon with the United States Marine Corps.

2. That the creation and operation of the Estate of John Chipura is governed by the laws of the State of New York, where John Chipura died and was domiciled at the time of his death.

3. That the creation and operation of the Estate of Richard A. Morrow is governed by the laws of the State of North Carolina, where Richard Morrow was legally resided at the time of his death. Mr. Morrow died as a result of injuries incurred while stationed in Beirut, Lebanon with the United States Marine Corps.

4. That the creation and operation of the Estate of David A. Worley is governed by the laws of the State of Maryland, where David A. Worley legally resided at the time of his death. Mr. Worley died as a result of injuries incurred while stationed in Beirut, Lebanon with the United States Navy.

5. That the creation and operation of the Estate of Arley Buckmaster is governed by the laws of the State of Ohio, where Arley Buckmaster died and was domiciled at the time of his death.

6. That the creation and operation of the Estate of Jane Chipura is governed by the laws of the State of New York, where Jane Chipura died and was domiciled at the time of her death.

7. That the creation and operation of the Estate of Anthony Chipura is governed by the laws of the State of New York, where Anthony Chipura died and was domiciled at the time of his death.

8. That the creation and operation of the Estate of James Edwards is governed by the laws of the Commonwealth of Kentucky, where James Edwards died and was domiciled at the time of his death.

9. That the creation and operation of the Estate of Larry Edwards is governed by the laws of the Commonwealth of Kentucky, where Larry Edwards died and was domiciled at the time of his death.

10. That the creation and operation of the Estate of Roscoe Hamilton is governed by the laws of the State of Ohio where Roscoe Hamilton died and was domiciled at the time of his death.

Further, the Affiant Sayeth Not.

_____
CARAGH FAY, ESQ.

SUBSCRIBED and SWORN before me, the undersigned authority, Notary Public in and for the District of Columbia, on this 3rd day of the month of August, 2015.

_____
NOTARY PUBLIC

My Commission Expires: 9/14/2019



Exhibit A