LAW OFFICE

ALAN L. BALARAN, P.L.L.C.

ADMITTED IN DC AND MD

OF COUNSEL
AMY E. WEEDMAN

1717 PENNSYLVANIA AVENUE, N.W.
NINTH FLOOR
WASHINGTON, D.C. 20006
TELEPHONE: (202) 466-5010
FAX: (202) 986-8477
ABALARAN@BALARAN-LAW.COM
AWEEDMAN@BALARAN-LAW.COM

| Date | Invoice # |
|---|---|
| 11/09/2015 | 828 Revised |

| Bill To |
|---|
| Worley, et al. v. Islamic Republic of Iran, et al.<br>Case No.: 1:12-cv-02069<br>United States District Court<br>for the District of Columbia<br>REVISED |

| Activity | Hours | Amount |
|---|---|---|
| **01/15/2015** | | |
| • Review complainant files provided by plaintiffs' counsel - Baker, Mincer and Elliott. Prepare inventory of documents included in same | 2.4 | 600.00 |
| **01/19/2015** | | |
| • Review docket and court filings; begin preparation of procedural history; review multiple motions for default judgment; review motion for leave to amend complaint | 4.6 | 1,200.00 |
| **01/21/2015** | | |
| • Continued preparation of procedural history section of report | 1.3 | 600.00 |
| **01/27/2015** | | |
| • Finalize procedural history section of report and review recent caselaw re damage assessments in FSIA cases and incorporate same into analysis section of report | 4.4 | 1,200.00 |
| **02/07/2015** | | |
| • Review claimant information provided by plaintiffs' counsel and begin preparation of memo re information necessary for estates of claimants; review C Dowden memo re same | 3.2 | 600.00 |
| **03/05/2015** | | |
| • Review complainant files provided by counsel - Brown, Vasquez, Edwards, Worley; update inventory re same | 2.1 | 600.00 |
| **03/18/2015** | | |
| • Preparation of Edwards report; review file for documents for various estates; prepare email re deficiencies re same | 1.1 | 600.00 |
| Continue to the next page | | |

| Activity | Hours | Amount |
|---|---|---|
| **03/20/2015**<br>• Preparation of Edwards report - review testimony of Gary Edwards and James Edwards re same | 2.3 | 600.00 |
| **03/21/2015**<br>• Review testimony of Ralph Edwards and prepare Edwards report re same | 1.3 | 600.00 |
| **03/23/2015**<br>• Review testimony of Ray Edwards and Betty Rowe; prepare report re same; review prior Beirut bombing cases re circumstances where solatium rewards received downward departures; prepare section of report re same; revise sections of report re testimony of siblings | 4.9 | 1,200.00 |
| **03/24/2015**<br>• Finalize Edwards report | 1.9 | 600.00 |
| **04/01/2015**<br>• Review affidavits and witness testimony regarding Worley claimant; begin drafting report | 4.5 | 1,200.00 |
| **04/04/2015**<br>• Continued drafting Worley report - review testimony of sons David and Bryan | 5.1 | 1,200.00 |
| **04/07/2015**<br>• Review and revise Worley report - particularly section of Nancy Worley | 1.2 | 600.00 |
| **04/08/2015**<br>• Review and revise Worley report | 2.3 | 600.00 |
| **04/25/2015**<br>• Receive and review new claimant files - Buckmaster, Hamilton and West; revise Master Inventory re same noting in particular any discrepancies or filings made in other cases | 1.6 | 600.00 |
| **04/26/2015** | | |
| Continue to the next page | | |

| Activity | Hours | Amount |
|---|---|---|
| • Review Hamilton family documents; review previously filed special master report for Virgel Hamilton brought in Brown v. Iran; begin preparation of report re same | 2.2 | 600.00 |
| **04/28/2015** | | |
| • Review Freda Gayheart testimony in Hamilton case and sister Ramona; continued preparation of report re same | 1.4 | 600.00 |
| **04/29/2015** | | |
| • Continued preparation of Hamilton report with Ramona's testimony | 1.2 | 600.00 |
| **04/30/2015** | | |
| • Review testimony of Robert Hamilton; continued preparation of report re same; finalize Hamilton report | 4.7 | 1,200.00 |
| **05/02/2015** | | |
| • Review Buckmaster family documents; begin preparation of report re same - testimony of Gregg Buckmaster | 2.3 | 600.00 |
| **05/04/2015** | | |
| • Continued preparation of Buckmaster report - Gary Buckmanster | 4.6 | 1,200.00 |
| **05/09/2015** | | |
| • Preparation of Buckmaster report - Vicki Buckmaster; review all testimony to elicit any information regarding parents reaction | 4.5 | 1,200.00 |
| **05/15/2015** | | |
| • Begin preparation of report for Danny son of deceased Marine LLoyd Dennis West; review Special Master report filed in previous related case - Bland v Iran; teleconference w C Dowden re submission of amended complaint (05/12) | 2.2 | 600.00 |
| **05/18/2015** | | |
| • Review testimony of Danny West; continued preparation of report re same; finalize | 3.3 | 600.00 |
| **06/07/2015** | | |
| Continue to the next page | | |

| Activity | Hours | Amount |
|---|---|---|
| • Review current claimant information provided against proposed amended complaint (May); preparation of list of information necessary to complete review of claimants already involved in case; those that counsel wants to dismiss but whose reports are completed; those they counsel wants to dismiss but need additional information; review Dowden memo and 12/08/14 court order for additional information necessary to complete review | 4.4 | 1,200.00 |
| **06/08/2015** | | |
| • Draft email to counsel concerning finality of amended complaints and draft punch list; review current information packets and inventory re same | 1.8 | 600.00 |
| **06/11/2015** | | |
| • Review chart of "due-outs" provided by plaintiffs counsel; update inventory list re same | 1.2 | 600.00 |
| **07/15/2015** | | |
| • Review Morrow family documents and affidavit filed re opening an estate for deceased Marine Richard Morrow; review Patricia Ulakovich (mother) testimony and prepare report re same | 4.4 | 1,200.00 |
| **07/20/2015** | | |
| • Review 07/07 proposed amended complaint and compare to previous amendments and original; update inventory chart making note of missing information; review counsel affidavit re opening estates in preparation for meeting with counsel | 1.4 | 600.00 |
| **07/21/2015** | | |
| • Meeting w/ counsel Fay re update on amended complaint and documents needed to complete reports; review Bova complaint, amended complaint and prepare new chart detailing information still needed to complete reports | 4.1 | 1,200.00 |
| **07/28/2015** | | |
| Continue to the next page | | |

| Activity | Hours | Amount |
| --- | --- | --- |
| • Teleconference with counsel to discuss status of Worley and Bova claimants; review inventory chart and make updated per conversation; update chart of individual claimants and documents still outstanding and forward a copy of affidavit regarding state law applicable to estate claims provided in another bombing case as an example | 1.3 | 600.00 |
| **07/29/2015** | | |
| • Review and revise affidavit of Caragh Fay; email exchanges w counsel re same | 1.2 | 600.00 |
| **08/12/2015** | | |
| • Review Chipura family documents; begin preparation of Chipura report re testimony of Nancy and Gerard; draft email requesting estate documents for J and A Buckmaster; R Hamilton; J Chipura and R Morrow; confer with counsel re same | 4.2 | 1,200.00 |
| **08/14/2015** | | |
| • Continued preparation of Chipura report re testimony of Eileen and Susan | 2.8 | 600.00 |
| **08/16/2015** | | |
| • Review of all Chipura testimony for information on reaction of deceased parents re son John's survival of the Beirut bombing; continued preparation of report re same | 4.4 | 1,200.00 |
| **08/17/2015** | | |
| • Finalize Chipura report | 1.3 | 600.00 |
| **08/18/2015** | | |
| • Review Mario Vasquez claimant file and begin preparation of report - Mario testimony | 4.4 | 1,200.00 |
| **08/20/2015** | | |
| • Preparation of Vasquez report - review medical records and incorporate information into report; begin review father's testimony | 4.6 | 1,200.00 |
| **08/22/2015** | | |
| • Continued review of Vasquez family testimony - review of wife, and half-siblings | 4.2 | 1,200.00 |
| Continue to the next page | | |

| Activity | Hours | Amount |
|---|---|---|
| **08/29/2015**<br>• Finalize Vasquez report | 1.2 | 600.00 |
| **09/01/2015**<br>• Review Jeffrey Dadich testimony and begin Dadich report | 4.5 | 1,200.00 |
| **09/06/2015**<br>• Continued preparation of Dadich report; emails with counsel re submission of outstanding documents | 1.3 | 600.00 |
| **09/08/2015**<br>• Finalize Dadich report | 5.2 | 1,200.00 |
| **09/21/2015**<br>• Teleconference w C. Fay and M. Knox re update and schedule of final submissions; draft confirmatory email | 0.5 | 600.00 |
| **09/22/2015**<br>• Final review and revision of all reports; file reports with court | 5.7 | 1,200.00 |
| **09/30/2015**<br>• Draft letter to counsel re amended complaint and claim of A Buckmaster | 0.4 | 600.00 |
| **10/01/2015**<br>• Telephone interview with Mary Ann Edwards re claim for Estate of Larry Edwards; prepare and send affidavit re same | 2.7 | 600.00 |
| **10/03/2015**<br>• Prepare supplemental reports for Edwards and Buckmaster; file reports re same | 3.3 | 600.00 |
| | Total | $40,800.00 |