UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY WORLEY, *et al.*, <br> Plaintiffs <br><br> v. <br><br> THE ISLAMIC REPUBLIC OF IRAN, <br> *et al.*, <br> Defendants | Civil Case No. 1:12-CV-02069 (RCL) |

## AMENDED ORDER AND JUDGMENT

In accordance with the Memorandum Opinion issued March 31, 2016 and the Order issued this date granting plaintiff's motion to alter this judgment, it is hereby

**ORDERED** that final judgment is entered in favor of all plaintiffs and against all defendants; it is further

**ORDERED** that plaintiffs are awarded $3,000,000 in compensatory damages, $53,800,000 in solatium damages, $201,516,659 in punitive damages, and $1,780,424 economic damages, for a total award of $260,097,083 to be distributed as follows:

| Plaintiff Name | Pain & Suffering | Solatium | Economic | Punitive |
|---|---|---|---|---|
| Mario H. Vasquez | $1,500,000 | $0 | $0 | $5,160,000 |
| Denny West | $0 | $3,000,000 | $0 | $10,320,000 |
| The Estate of John Chipura | $1,500,000 | $0 | $0 | $5,160,000 |
| Eileen Chipura | $0 | $500,000 | $0 | $1,720,000 |
| Nancy Chipura | $0 | $500,000 | $0 | $1,720,000 |
| Gerard Chipura | $0 | $500,000 | $0 | $1,720,000 |
| Susan Cohen | $0 | $500,000 | $0 | $1,720,000 |
| Estate of Roscoe Hamilton | $0 | $5,000,000 | $0 | $17,200,000 |
| Freda Sue Gayheart | $0 | $5,000,000 | $0 | $17,200,000 |
| Ramona Green | $0 | $2,500,000 | $0 | $8,600,000 |
| Robert Hamilton | $0 | $2,500,000 | $0 | $8,600,000 |
| James Edwards | $0 | $800,000 | $0 | $2,752,000 |
| Ray Edwards | $0 | $800,000 | $0 | $2,752,000 |
| Betty Sue Rowe | $0 | $800,000 | $0 | $2,752,000 |
| Gary Edwards | $0 | $800,000 | $0 | $2,752,000 |
| Ralph Edwards | $0 | $800,000 | $0 | $2,752,000 |
| Estate of Larry Edwards | $0 | $800,000 | $0 | $2,752,000 |
| Estate of David Worley | $0 | $0 | $950,000 | $3,268,000 |
| Nancy Worley | $0 | $8,000,000 | $0 | $27,520,000 |

1

| | | | | |
|---|---|---|---|---|
| David Worley | $0 | $3,000,000 | $0 | $10,320,000 |
| Bryan Worley | $0 | $3,000,000 | $0 | $10,320,000 |
| Estate of John Buckmaster | $0 | $0 | $830,424 | $2,856,658 |
| Esther Buckmaster | $0 | $5,000,000 | $0 | $17,200,000 |
| Gregg Buckmaster | $0 | $2,500,000 | $0 | $8,600,000 |
| Vickie Buckmaster | $0 | $2,500,000 | $0 | $8,600,000 |
| Arley Buckmaster | $0 | $5,000,000 | $0 | $17,200,000 |
| **Total:** | **$3,000,000** | **$53,800,000** | **$1,780,424** | **$201,516,659** |

It is further **ORDERED** that defendants shall be liable for the entire $260,097,083; it is furthermore

**ORDERED** that plaintiff's motion to dismiss the claims of the Estate of Richard Morrow and the Estate of Jane Chipura is **GRANTED**; it is furthermore

**ORDERED** the claims of Patricia Ulakovich and Karen Contrillo are hereby **DISMISSED** without prejudice, subject to the conditions set forth in the Memorandum Opinion issued March 31, 2016; it is further

**ORDERED** that plaintiffs shall forthwith, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Amended Order and Judgment and the Memorandum Opinion issued March 31, 2016 to defendants.

This is a final, appealable order.

**IT IS SO ORDERED**

Royce C. Lamberth
United States District Judge

DATE: 4/18/16