UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY WORLEY, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 1:12-cv-02069 (RCL) |
| THE ISLAMIC REPUBLIC OF IRAN, et al., | ) |
| Defendants. | ) |

## ORDER FOR PAYMENT OF SPECIAL MASTER

The Foreign Services Immunities Act ("FSIA"), 28 U.S.C. §§ 1330, 1602 *et seq.*, provides that courts may appoint special masters to hear damages claims brought under the "state-sponsored terrorism" exception to the rule of sovereign immunity for foreign states, and that those special masters shall be paid "from funds available for the program under section 1404C of the victims of Crime Act of 1984." *Id.* at § 1605A(e)(1)-(2). This provision ensures that special masters who have worked on cases brought under the § 1605A, unlike their predecessors working under the previous exception, codified at 28 U.S.C. § 1605(a)(7), will be compensated for their invaluable assistance. *In re Islamic Republic of Iran Terrorism Litig.*, 659 F.Supp. 2d 3, 6 (D.D.C. 2009) (noting that special masters' work "is extraordinarily tedious and time-consuming" and that "the new terrorism exception now provides that special masters should be reimbursed for their work").

The plaintiffs in this action filed a Complaint under § 1605 A on December 28, 2012. Compl., Dec. 28, 2012 [ECF No. 1]. The Court appointed Alan L. Balaran as special master in this case on December 8, 2014. Order [ECF No. 32]. Mr. Balaran did not begin serving as special master in the case prior to the Complaint being filed. Therefore, no retroactivity problem exists because no work

1

was performed prior to the enactment of the National Defense Authorization Act for Fiscal Year 2008. See Pub. L. No. 110-181, 122 Stat. 3 (Jan. 28, 2008).

Mr. Balaran, having completed his work in this case, has moved for payment, Second Revised Motion for Payment of Fees, May 3, 2016 [ECF No. 75], and has provided a catalogued receipt of his work. Invoice, [ECF 75-1]. Upon review the Court determines that Mr. Balaran is entitled to reimbursement for work done in this case pursuant to the Court's specified plan, Administrative Plan Governing Special Masters, July 2, 2010 [06-cv-690 (RCL), ECF No. 29] (adopted in this case in Order [ECF No. 32], and is satisfied that the value of such reimbursement should be $57,000.

Finally, the FSIA directs that payment for special masters shall be transferred "to the Administrator of the United States district court" in which the particular case is pending. 28 U.S.C. § A(e)(2). The Administrator of this District Court is the Clerk, Angela D. Caesar.

Accordingly, it is hereby

**ORDERED** that within 15 days of receipt of this Order, the United States Department of Justice Office for Victims of Crime ("OVC") shall transfer $57,000 to the Clerk through the Intra-Governmental Payment and Collections system; it is furthermore

**ORDERED** that after receipt of such funds, the Clerk shall promptly disburse them to Mr. Balaran at 1717 Pennsylvania Avenue, NW, Suite 1025, Washington, DC 20006; and it is furthermore

**ORDERED** that the Clerk shall immediately provide to the OVC one copy of:

1. This Order;
2. The Second Revised Motion for Payment of Fees, May 3, 2016 [ECF No. 75], as well as the Invoice [ECF No. 75-1] attached thereto;
3. The Order appointing Mr. Balaran as special master, December 8, 2014 [ECF No. 32];

and

4.  The Administrative Plan Governing Special Masters, July 2, 2010 [06-cv-690 (RCL), ECF No. 29] (adopted in this case ECF No. 32).

These copies should be sent to U.S. Department of Justice, Office for Victims of Crime, 810 Seventh Street, NW, Eighth Floor, Washington, DC 20531 (Phone: 202-307-5983; Fax: 202514-6383). Electronic copies of the document should also be e-mailed to:

Kris Brambila:  Kristopher.A.Brambila@ojp.usdoj.gov (primary)

Bob Cantrall:  James.Cantrall@ojp.usodt.gov (cc)

Gena Bernhardt:  Gena.Bernhardt@ojp.usodt.gov (cc)

Nicole McGrew:  Nicole.McGrew@ojp.usodt.gov (cc)

Barbara (Bonnie) Robertson:  Barbara.Roberson2@ojp.usodt.gov (cc)

**SO ORDERED.**

_____
Royce C. Lamberth
United State District Judge

DATE: 5/24/16